United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re: )
Christopher Scott Adams (xxx-xx-3669) ) Case No: 13-62491
48860 Amanda Lane )
Shelby Township, MI 48317-6377 ) Chapter 7
                Debtor )
) Honorable Phillip J. Shefferly
)

## DEBTOR'S MOTION TO EXTEND STAY BEYOND 30 DAYS PURSUANT TO 11 USC §362(c)(3)(B)

NOW COMES Debtor, Christopher Scott Adams, by and through his attorney, Gudeman & Associates, P.C., and for his Motion to Extend Stay Beyond 30 Days Pursuant to 11 USC §362(c)(3)(B), and states as follows:

1. Debtor, Christopher Scott Adams, is an individual who has had a pending case within the previous year that was dismissed, other than a case re-filed under 11 USC §707(b).

2. Debtor's prior case, Case No.12-43127, was filed on February 13, 2012 and dismissed on December 9, 2013.

3. At the time of the dismissal of the prior case, there were no pending motions to modify, annul or for relief from the automatic stay pursuant to 11 U.S.C. 362(c)(4).

4. Debtor's present case is filed in good faith. Debtor offers the following evidence to rebut the presumption of filing not in good faith:

    a. Debtor voluntarily filed a motion to dismiss his Chapter 13 case due to a significant decrease in income. Debtor was no longer able to afford the Chapter 13 Plan payments.

    b. Debtor was unable to convert to a Chapter 7 bankruptcy because he had filed a

Chapter 7 on January 11, 2005, Case Number 05-40830.

5. A proposed order is attached as Exhibit A.

6. An Affidavit in Support of Motion to Extend Automatic Stay is attached as Exhibit B.

WHEREFORE, Debtor requests that this honorable Court extend the automatic stay under 11 U.S.C. 362(a) as to all creditors pursuant to 11 U.S.C. § 362(c)(3)(B).

Dated: December 23, 2013              **/s/ Brian Rookard**
                                      Attorneys for Debtor
                                      Gudeman & Associates, P.C.
                                      1026 West 11 Mile
                                      Royal Oak, MI 48067
                                      (248) 546-2800

United States Bankruptcy Court
Eastern District of Michigan
Southern Division

| | | |
|---|---|---|
| In re: | ) | |
| Christopher Scott Adams (xxx-xx-3669) | ) | Case No: 13-62491 |
| 48860 Amanda Lane | ) | |
| Shelby Township, MI 48317-6377 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Honorable Phillip J. Shefferly |
| | ) | |

## (PROPOSED) ORDER GRANTING DEBTOR'S MOTION TO EXTEND THE AUTOMATIC STAY UNDER 11 U.S.C. § 362(c)(3)(B)

This matter having come before the Court on Debtor's motion to extend the automatic stay, all interested parties having been served a copy of the motion, no objections having been received, or in the alternative a hearing having been held, and the Court being otherwise sufficiently advised in the premises:

IT IS ORDERED that the automatic stay under 11 U.S.C. § 362(a) is extended on all creditors or claimants of the Debtor and bankruptcy estate until further notice of the Court.

EXHIBIT A

United States Bankruptcy Court
Eastern District of Michigan
Southern Division

In re:  )
Christopher Scott Adams (xxx-xx-3669)  ) Case No: 13-62491
48860 Amanda Lane  )
Shelby Township, MI 48317-6377  ) Chapter 7
                      Debtor  )
                                    ) Honorable Phillip J. Shefferly
                                    )

**AFFIDAVIT OF CHRISTOPHER ADAMS IN SUPPORT OF
MOTION TO EXTEND AUTOMATIC STAY**

NOW COMES Debtor, Christopher Adams, and in support of this Affidavit in support of the Motion to Extend the Automatic Stay, and states:

1. I am the Debtor in the above captioned case.

2. That within the previous year there has been one prior case that was pending, to wit: 12-43127-pjs.

3. That the prior case was voluntarily dismissed because I had a decrease in income and could no longer afford the Plan payment, in addition to basic living expenses.

4. In addition, I was unable to convert to a Chapter 7 because I had filed a Chapter 7 on January 11, 2005, Case Number 05-40830.

5. This case has been filed in good faith.

Further, affiant sayeth naught.

/s/ *Christopher Adams*
Christopher Adams – Debtor
Dated: December 23, 2013

Signed and sworn to (or affirmed) before me in the County of <u>Monroe</u>

<u>*/s/ Louis Paul Nau*</u>, Notary Public
<u>Monroe</u> County, State of New York
Monroe County Reg. #01NA6046808
My Commission Expires: <u>8/21/2014</u>

| | | |
|---|---|---|
| In re: | ) | |
| Christopher Scott Adams (xxx-xx-3669) | ) | Case No: 13-62491 |
| 48860 Amanda Lane | ) | |
| Shelby Township, MI  48317-6377 | ) | Chapter 7 |
| Debtor | ) | |
| | ) | Honorable Phillip J. Shefferly |
| | ) | |

## CERTIFICATE OF SERVICE

    Counsel for Debtor certifies that on December 23, 2013, he caused the documents listed below to be served on all parties listed on the attached mailing matrix and that he served such documents either electronically through the ECF system, or mailed through the United States Postal Service, first class, postage pre-paid.

DOCUMENTS SERVED:

- *Debtor's Motion to Extend Automatic Stay*
- *Proposed Order and Affidavit* and this
- *Certificate of Service*

                                                Respectfully Submitted,

                                                */s/ Brian Rookard*
                                                Brian A. Rookard (P-69836)
                                                Gudeman & Associates, P.C.
                                                Attorneys for Debtor
                                                1026 West 11 Mile
                                                Royal Oak, MI 48067
                                                Ph: 248-546-2800
                                                brookard@gudemanlaw.com

Dated: December 23, 2013